AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| WILLIAM ALBERT HAYNES III, individually and on behalf of all other similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC. <br><br> *Defendant(s)* | Civil Action No. 3:14-cv-01689-ST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* World Wrestling Entertainment, Inc.
c/o CT Corporation System, Registered Agent
388 State Street, Suite 420
Salem, OR 97301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steve D. Larson
Joshua L. Ross
Stoll Stoll Berne Lokting & Shlachter, PC
209 SW Oak Street, Suite 500
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **10/24/2014**

By: **s/S. Sellers, Deputy Clerk**