# EXHIBIT D

## Attorney Konstantine Kyros Educates you, his Filing on WWE Lawsuits

| Dobashi | Friday, March 27, 2015 episode 36. I'm your host Diafullah Dobashi. I am glad to be back I took some time off, I had a double inner ear infection but I'm here now. I have a great guest on this podcast attorney Konstantine Kyros. He has multiple lawsuits he's filing against he's filing the WWE and he wanted to come on this podcast to educate you listeners on why he doing this. If there's any of you brothers and sisters out there who thinks they have royalties owed to them or they want to be on this WWE class action lawsuit or just for a consultation, you can email me at RadioTakedown@gmail.com. Just email your information at RadioTakedown@gmail.com and I will pass it on to Mr. Kyros. Okay I will stop flapping my gums. I will be right back after the commercial break with the interview with Konstantine Kyros, but first the outcomes may be predetermined, the moves, the injuries, the risks we all take are absolutely real. Recently there has been a death in the pro wrestling ring. My condolences go out to all the friends and family of Perro Aguayo Jr. Perro Aguayo Jr., may you rest in peace. [Bell rings]<br><br>Did you know you can support this podcast by going to RadioTakedown.com and click on the Amazon link. It's easy to do. See when you go to our website, RadioTakedown.com and go to the Amazon link and buy your stuff, this podcast gets a kickback and it will help keep this podcast free to you listeners. The best thing about it, it doesn't cost you any more money to do it. So please, go to RadioTakedown.com, hit the Amazon link to buy your stuff. There's even an Amazon Canada and an Amazon U.K. Thank you for all your support and that's RadioTakedown.com. [Commercial announcement]<br><br>We are back, I'm your host Diafullah Dobashi of Dobashi's RadioTakedown and let me introduce my very special guest Konstantine Kyros. He is an experienced lawyer with almost 20 years in the legal practice based in Boston Massachusetts who handles cases nationwide. He has been involved in many high profile lawsuits, including cases involving NFL football players, people injured and killed by large drug companies and long history of dealing with workers injured by asbestos, chemicals and dangerous working conditions. He is now representing former WWE, WWF wrestlers and he is here today to discuss and educate our listeners. New - each and everyone of you about the lawsuits being brought against the WWE. Welcome to the show Mr. Kyros. |
| --- | --- |
| Kyros | Well thank you Dobashi for having me on the show and I'd be happy to answer some questions you and your listeners have about the pending litigation against the WWE. I just want to say I have to be a little careful to keep my answers from impacting my existing clients in their individual cases but I will be as forthright as I can subject to that limit. So I'm happy to answer questions and so forth but I think wrestlers in the community |

|  | need to understand the claims in the nature of the cases so they can make an educated decision, you know about whether to support these cases and the goal of these lawsuits. |
|---|---|
| Dobashi | Awesome, well great. Okay well lets get ready and educate the people out there. Well Mr. Kyros, tell me a little bit about the basis of bringing these lawsuits against the WWE and what do you hope to achieve? |
| Kyros | Well Dobashi, first of all I'd like to point out that the cases could not be brought unless wrestlers themselves feel that the WWE has done them harm, either through negligence or bad conduct. So when I bring claim it's on behalf of a wrestler who feels that they've been treated unjustly by the WWE. One way to sort of characterize and understand the basis of the lawsuits is to say that the lawsuits are a type of occupational injury that wrestlers have received while they were performing and making the WWE money. These are not ordinary, sort of occupational illnesses or injuries, but these are in fact lifelong debilitating brain damage that was inflicted on them while they were performing. And unfortunately, I believe thousands of wrestlers are going to have long-term affects of head trauma from their work at the WWE. And this brain damage, you know according to my theory and the theories of this case are a result of the overwork, the poor health and safety measures that were taken, poor training, poor ringside treatment and a general failure by the WWE to adequately protect and warn about the dangers posed by head injuries. These are of course allegations that we're hoping to prove to the courts but the real insidious thing about the brain injuries is that these are a type of - these are unseen injuries and unless a wrestler actually looses consciousness while they're preforming, they're sort of subjecting themselves to long-term cumulative affects of head trauma day in and day out and the ultimate cause is can be irreparable damage to the brain. |
| Dobashi | Okay well - well so are you saying that the WWE should have done more to protect against all the head injuries with athletes? |
| Kyros | That's correct, Dobashi, and that's an important part of the case. The lawsuits alleged that the WWE knew or should have known about the dangers of head injuries and failed to protect, you know, the wrestlers from these types of injuries. I mean, you know, wrestling of the type, you know, that we see in WWE and pro-wrestling contains action that can cause long-term head injuries. So the WWE, according to our theory, had a duty to stage the bashes and the performances in a safe way, but it also had a duty to warn wrestlers about the head injuries they were experiencing and that could result in long-term disability. And these are not open and obvious injuries for the most part, in the sense that they are occupational injuries. You might analogize them or compare them to a worker who for many years in his career breathed in dangerous chemicals or is exposed to asbestos fibers, and then diagnosed with cancer or some |

2

| | |
|---|---|
| | serious lung ailments many years after the event. |
| Dobashi | Okay, so why are the head injuries such a big part of this lawsuit? Can you tell me that? |
| Kyros | Yeah, well I mean head injuries obviously are extremely serious, and they can be crippling, disabling, silent killers that unfortunately have forced many wrestlers into early retirement prematurely and their careers and their lives, and you know, at the less extreme end, you see symptoms where people are left without their memories or without the ability to perform basic life tasks. A lot of the people will end up…you know, and they express that they have these blinding headaches or other neurological-type symptoms, you know, in this continuum, memory loss and just inability to remember stuff and perform. On the more extreme end, there's a whole host of neurological issues that are related to long-term head injuries, which include varying degrees of depression, some severe depression. You see dementia. Unfortunately you see some people with suicide, and unfortunately you get people with, you know, total disability on the extreme end of things when they age and more serious neurological diseases set in. So that's why head injuries are a big part of the lawsuit, because of the seriousness, and they are sort of unseen, and they're ongoing. |
| Dobashi | Okay, well, you know, I mean do you really think that many wrestlers such as myself, you know, do you think we're all at risk for this? |
| Kyros | I mean, you know, I'll tell you, unfortunately, I do. I mean I think that there is an epidemic in the community. I think there's a health crisis in retired wrestlers, who many of the guys suffer in isolation, or in fact they're ignorant of the causes of some of these health issues, and I think it's a major issue for the community, and you know I've been investigating and talking to the guys, and actually female wrestlers also, but the issue is, you know, very serious, and think there's a huge risk factor out there, and I think the exposure has resulted in these injuries. So I think it's, you know, a major problem. |
| Dobashi | Well you know…so are you saying that the WWE is responsible? |
| Kyros | Yes. According to, you know, our theory of the case, the WWE is responsible. The WWE created the matches, and it directed the performance of the moves which result in these ongoing head injuries. You know wrestlers aren't doctors, and they rely upon the WWE to conduct safe matches, and to the extent that the WWE is paying people to perform dangerous activities, it has a duty to warn them of the dangers of that activity, including the head trauma they were experiencing might or would likely result in long-term disability and impairment. So in that |

3

| | |
|---|---|
| | sense, the argument is that the WWE is responsible. |
| Dobashi | Okay, well how about all of the other organizations? Why only the WWE? You know, a lot of folks may take…you know, a lot of folks…excuse me, I'm like fumbling my words here, but let me re-ask that question again. What about the other organizations? Why only the WWE? You know, a lot of people are asking, you know… |
| Kyros | Yeah, well that's…look, Dobashi, that's a good question, right. And I'll answer it a couple of ways. First of all, the WWE is the biggest pro wrestling organization. |
| Dobashi | Correct. |
| Kyros | And so you know we're alleging they were negligent. If other organizations were also negligent, you know, it doesn't absolve the WWE of its liability or its duties. You know I had mentioned that there's other sorts of occupational lawsuits and these types of things, and the asbestos litigation…you know, it's not a completely perfect analogy, but if a worker was exposed to asbestos in various places, ultimately when these cases were decided through settlement or through the courts, it was sort of to determine that, look, everybody who created the negligent condition and exposed these workers should have to pay. So if ultimately this case goes to the courts and the courts side with us and there's some sort of settlement, the WWE agree…excuse me, the WWE would, you know…it wouldn't be able to, you know, get out of this case by simply pointing to other bad people, and you know, wouldn't remove responsibility from them for their alleged misconduct. So WWE can't really just defend the case and say other organizations also were wrong, and we're completely off the hook. It just wouldn't make sense. So…and the reality is that WWE is the company where most of the negligence alleged has taken place. |
| Dobashi | Okay, so let me ask you this: what is the goal of all these cases? Like how do you respond…okay…how do you respond about a lot of people saying that you're just out there to make money? For an example, I got an email from Sammy Ridgeway from El Paso, Texas, and he asked, "All these former wrestlers and widows trying to get paid for what? How can you guys live with yourselves?" I mean, how do you answer that? |
| Kyros | Yeah, alright. Well thank you, Dobashi. I mean…and Sammy. Look, this…any time, you know, somebody, somebody, brings a lawsuit, you know, one of the main sort of criticisms as plaintiff [inaudible] is that people are looking…people who bring in these are looking to make money. |

4

| Dobashi | Mmm hmmm. |
|---|---|
| Kyros | And I'll tell you, the strange thing is, and I've talked to thousands of clients, okay, or potential clients, in almost 20 years of representing people, and I can tell you money is not usually the main reason that people file a lawsuit. I know that many of your listeners may not buy it, okay, but most people sue because they are pissed off or angry, or they feel wronged, or they want to prove a point, or they have a sense of getting their day in court, and I think if your listeners and you stop and think about many of the disputes that you've had in your own personal life. You know, whether it was an unfair charge to your bank statement that really energized you, maybe a difficult relationship or a divorce, a dispute with a neighbor or a dispute with your employer…money is not as prime of a factor in deciding whether you want to sue. In my job, actually, as a lawyer is to sort of take these motivations and look at them as they relate to the legal system and the courts, and see if there is in fact a way to pursue a claim, and unfortunately many times there isn't. I've told thousands of people over the years that they can't bring a lawsuit. They just want to file one regardless of the prospect of seeing any money. |
| Dobashi | So what about the money? |
| Kyros | Well, in this…in our civil justice system, and this is the civil justice system that we have. I'm not talking about the criminal courts, I'm talking about the civil justice system. |
| Dobashi | Mmm hmmm. |
| Kyros | Money is the measure of the harm or the wrong inflicted on somebody, so you know, it's not a perfect system, but I think it works pretty good. When a jury hears that a company has done harm to people by making a drug that kills them, or injures them, or kills off their loved one, the way we handle this is we award the people compensatory damages, which is money. And this theory of compensatory damages, it says that the person should be put in the same place that they would have been but for the negligent conduct, and what amount of money can replace somebody? It could be millions of dollars, and so when a jury makes that determination, they sort of are putting themselves in the shoes of the person who has been harmed, and they try to send a message with that money. So it's a more complicated equation than simply saying that people are going out there to make money. And certainly the insurance industry…there's these other people that have criticized our civil justice system, but in everybody's lives, when you've been wronged or you felt that you've been a victim and you want to pursue justice, one way to do that and send a message is to sue for money. And you know that's the civil justice system we have. In terms of…I'm going to add to all your listeners that suing the WWE is not an easy way to make money, and this is a long and |

5

|  | hard fight, and you know, if as a lawyer I was simply out to make money, there are plenty of other cases that I could bring, cases that have already been fought and won many times over or, you know, types, that many lawyers make a good living on, and I've handled and other lawyers and friends of mine handled. But you know if you think about an auto accident or going after insurance companies…so you know suing the WWE is not going to be an easy task simply to make money, and anyone that thinks that any of these wrestlers who are bringing these types of cases is simply out to make a quick buck is just wrong. |
|---|---|
| Dobashi | Yeah, I hear you. You know, and I can actually tell you from my heart, you know, talking with you, you know, and not…you know, just from this conversation, I actually, you know…like you said, there's a lot of lawyers and a lot of people trying to get, you know, get rich…you can make a quick buck here and there out of nothing, and I can honestly say just talking with you, I can honestly see you actually care about the wrestlers, and I see what you're saying about money. Like WWE, I've noticed people try to go out on…you know, go after them in the past, but they just have a lot of money and a lot of people just can't afford it, and I really say…I just want to say thanks for what you're doing for all the boys and girls out there, and you know hopefully there will be justice that comes out of all this. And that being said, you know, I do have some emails if you wouldn't mind answering, if I could… |
| Kyros | Yeah, yeah. Thanks Dobashi, for that. And you know we are taking these cases. That's how they come about. They're on a contingency fee, but I'm a certain believer in the justice of my cause, and I'm trying to help former wrestlers, and you know get them some compensation and see what we can do to help. I'm happy to answer any other questions that you have, if you have some from your listeners. |
| Dobashi | Okay, well we do have some emails. We've got…let's see here. I printed them out. Let me see here. Okay, Paul Vitch, and that's with a V. Paul Vitch from Hamburg, Germany asked, "Do you think the WWE are taking you serious, because they seem to always get out of hot water. It seems like no one can touch them. Mr. Kyros, what is your goal with all that you're doing?" |
| Kyros | Okay. Alright, well I will answer Paul from…Hamburg, Germany, you said? Is that right? |
| Dobashi | Yeah. |
| Kyros | He…alright, well look. I think the WWE is taking this seriously. It's very early in the life cycle of the lawsuits, you know, and to give you a little…you know, this is not anything, you know, confidential or anything. The WWE's goal is to ask the courts to dismiss these cases. Although the |

6

|  | |
|---|---|
|  | WWE sort of publically stated that these cases are frivolous, they will have to frame their arguments around the lines of what the law is, and they will argue variously that too much time has passed, that the class of head injuries we believe thousands of wrestlers have isn't real or provable. They sort of downplayed those things in the media, and they'll ask the court to end the lawsuits on those, but on some of those grounds. My goal is obviously to convince the courts and the juries and you know the public that our clients have serious health problems that's been caused by the WWE's negligence, and I want to ask the courts and the jury to fashion remedies that would include setting up a plan to provide for compensation and long-term neurological health care for all former wrestlers. So that's, you know, I hope that sort of answers his questions. |
| Dobashi | Okay. |
| Kyros | Yeah, okay. |
| Dobashi | Okay. Well, that's great. Well let's keep on rolling here, and Ruby from Portland, Oregon asked...let's see. "I know there isn't any wrestling unions or medical for the athletes. That being said, Mr. Kyros, do you really think the wrestlers really have this owed to them, and if so why? And thank you for putting up the fight." |
| Kyros | Okay, alright so I guess she's asking if they don't have a union, then what's owed. |
| Dobashi | Medical. |
| Kyros | Well, I mean...you know...look, I think that the WWE owes them something, and my clients certainly feel that the WWE owes them, but that's obviously not enough. I need to, at this point, prove to a jury in the courts that the WWE owes legal duty to them, and this is going to come down to its conduct in the head injury context, a lot of which I sort of outlined earlier. But to her point, you know, many workers and most athletes in the United States have some sort of long-term health plan provided by their employee, and you know unfortunately not most wrestlers, right? Because they signed up to these independent deals, and you know, their health needs ironically are probably more urgent than most other sort of athletes and so forth, and I think it's just a very bad situation. And the alternative is to push these wrestlers aside and let the public health care system take care of them, and quite frankly that's not a good option. The public health care system is probably poorly-equipped enough, and it's poorly-equipped to deal with long-term neurological care, especially the type these folks need. |
| Dobashi | Okay, awesome. Okay, here is another one. Frank Manky from Seattle, Washington asked, "There have been many lawsuits in the past against |

7

| | |
|---|---|
| | Vince McMahon and the WWE. What makes this any different than any others, and what makes you think you could win? |
| Kyros | Well, Frank from Seattle, well look, I've actually looked at some of the past lawsuits filed against the WWE on various grounds. Most of those lawsuits have ended before what we call discovery, where there's a lot of documents and evidence that are brought into those cases. And most of the cases are also settled before any meaningful rulings on the merits of the cases. You know, and obviously the WWE is very aggressive in defending itself, so unless you're prepared, you're going to have a hard time making a viable case. I can win a case against the WWE if people come forward with their stories and their circumstances and their injuries and you know…if every wrestler who believe that they'd been harmed by the WWE right now decided to file a lawsuit against the WWE, this would surely decide, I think, an outcome. In the NFL cases, for example, there were eventually thousands, I think, that…we had 3,000 or something like that in the case. I didn't represent all of them, obviously, but you know all of these lawyers all over the country, you know, were able to pursue cases on behalf of their former football players, and these cases were filed, and this really kind of put the health issue and their issue in context and put it into the courts, put it into the public mind, and put it into a place where everybody could see that there was a real crisis. And I think this case, and I mean this case meaning the concussion case, is the case that really illustrates what we're talking about. This case will be won by the wrestling community if it chooses to act. I mean this is sort of the historic moment where it can do that. The current state of the law, the culture, the public perception to health, the head injury crisis, I think has been ridiculed by the WWE as being…as concussions being en vogue, but really there's an awareness of the head injury issue in the long-term health effects that have now been seen, and everybody's very much aware of, and this has created very favorable conditions for a lawsuit like this to succeed. And I think obviously there's a huge amount of work to be done, but in the end, you know, I want my clients' stories told, and the public to see that they've been wronged, and in bringing these cases, I think we will win. |
| Dobashi | Awesome. Well you know, all you listeners out there around the world, universe, Mars, Jupiter, and the galaxy, hopefully we educated you on what's going on, and you know I think you're a very good teacher, Mr. Kyros. Is there anything else that you want to say and get out to each and every one of our listeners out there, since we're on the air right now? |
| Kyros | No, I just want…you know, look. I want to thank you, Dobashi. You've given me the opportunity to reach out. |
| Dobashi | My pleasure. |

8

| | |
|---|---|
| Kyros | To the community, thank you. You know, and anything that I can do to keep you and your listeners updated on developments, answer any questions about the cases, give you updates…you know, I'm happy to come on, and you know thank you again for giving me the opportunity to speak directly to some of the people that, you know, may have some interest in this case. |
| Dobashi | Awesome. Well as a matter of fact, we'll make this one the flagship as…how would I say…the official podcast of you letting the fans know and the people out there what's going on as the case goes. |
| Kyros | Alright, great Dobashi. I appreciate it, and thank you again. |
| Dobashi | Awesome. Thank you, and thank you, and have a good weekend, and we'll be talking soon. |
| Kyros | Alright. |
| Dobashi | And you're welcome here anytime. Mi casa, su casa. |
| Kyros | Very good. Thanks. |
| Dobashi | Alright, thank you. |
| Kyros | Over and out. Thank you. |
| Dobashi | Thanks for listening. That's another show in the can. Be sure to subscribe to Dobashi's Radio Takedown on iTunes, or go to blocktalkradio.com, go to Dobashi's Radio Takedown, and hit the follow button. That's a great way to support us. And you know what? You won't miss a single episode, and best of all, it's free. You can check out all of our other links at radiotakedown.com, and until next time, be safe and just be nice. |
| | (bell rings) |
| Dobashi | Dobashi's Radio Takedown is a [inaudible] Dynamite Productions. |
| | (sound effects) |
| | (end of recording) |