IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM ALBERT HAYNES III, individually and on behalf of all others similarly situated, | 3:14-cv-01689-ST<br><br>ORDER |
| Plaintiff, | |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendant. | |

BROWN, Judge.

    On June 25, 2015, Magistrate Judge Janice M. Stewart issued an Opinion and Order (#59) granting Defendant's Motion (#47) to Transfer Venue. On July 9, 2015, Plaintiff filed Objections (#61) to Magistrate Judge's Order. The matter is now before this Court pursuant to Federal Rule of Civil Procedure 72(a).

    In accordance with Rule 72(a), "[w]hen a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate,

1 - ORDER

issue a written order stating the decision." The standard of review for an order with objections is "clearly erroneous" or "contrary to law." *See also* 28 U.S.C. § 636(b)(1)(A)(applying the "clearly erroneous or contrary to law" standard of review for nondispositive motions). If a ruling on a motion is not determinative of "a party's claim or defense," it is not dispositive and, therefore, is not subject to the *de novo* review that is required for proposed findings and recommendations that address dispositive motions. *See* 28 U.S.C. § 636(b)(1)(B).

This Court has carefully considered the Objections of Plaintiff and concludes they do not provide a basis to modify the Magistrate Judge's Order. This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error.

## CONCLUSION

The Court **AFFIRMS** Magistrate Judge Stewart's Opinion and Order (#59) granting Defendant's Motion (#47) to Transfer Venue.

IT IS SO ORDERED.

DATED this 27th day of July, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge